FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 2 3 2005 ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SONIA MARIE COLE,

              Plaintiff,

-against-

JACK & HEDRA MOVERS, INC.,

              Defendant.
---------------------------------------------------------------X

JUDGMENT
05-CV- 2203 (CBA)

      A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on May 18, 2005, dismissing the complaint for lack of subject matter jurisdiction; ordering that plaintiff is once again cautioned that she should stop filing complaints regarding State Court matters in this Court; directing that should she continue to file such complaints here, the Court may enter an Order barring the acceptance of any future *in forma pauperis* complaints she may submit unless she first obtain leave of the Court to do so; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order would not be taken in good faith; and denying *in forma pauperis* for purpose of an appeal; it is

JUDGMENT
05-CV- 2203 (CBA)

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the complaint is dismissed for lack of subject matter jurisdiction; that plaintiff is once again cautioned that she should stop filing complaints regarding State Court matters in this Court; that should she continue to file such complaints here, the Court may enter an Order barring the acceptance of any future *in forma pauperis* complaints she may submit unless she first obtain leave of the Court to do so; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from Court's Memorandum and Order would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York
May 20, 2005

/S/
ROBERT C. HEINEMANN
Clerk of Court